IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DOUGLAS SCOTT GREEN,**

      **Petitioner,**

vs.                                            **No. CIV 03-1348 RB/RHS**

**PATRICK SNEDEKER, Warden,**

      **Respondent.**

## O R D E R

This matter came before the Court for *de novo* review of Petitioner's Objections to the Proposed Findings and Recommended Disposition. *See* 28 U.S.C. § 636 (b)(1)(A-C). The Court finds that the Proposed Findings and Recommended Disposition should be rejected and counsel should be appointed to represent Petitioner.

**IT IS SO ORDERED.**

_____
  **ROBERT C. BRACK**
  **UNITED STATES DISTRICT JUDGE**